## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mercedes Ayala-Lepe, | No. CV-26-03790-PHX-SPL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed this action under § 2241 challenging her immigration detention. (Doc. 1.)  The Court ordered Respondents to show cause why the Petition should not be granted.  (Doc. 5.)  On June 15, 2026, Respondents filed a Response indicating Petitioner was released from custody on June 14, 2026. (Doc. 9.) Because Petitioner is no longer in custody, the Petition is moot.  *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).  The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 16th day of June, 2026.

Honorable Steven P. Logan
United States District Judge